JUDGE HOLWELL

07 CV 11454

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FIVE STARS GLOBAL SHIPPING (B.V.I.) CO. LTD.,          :

                Plaintiff,          :          07 Civ. _____

  - against -          :          ECF CASE

FORMULA SHIPPING CO. LTD., and          :
EVER SHINE LTD.          :

                Defendants.          :
------------------------------------------------------------------X

RECEIVED DEC 2 0 2007

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and

magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney

of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or

affiliates of the Plaintiff:

                NONE.

Dated: December 20, 2007
      New York, NY

                The Plaintiff,
                FIVE STARS GLOBAL SHIPPING (B.V.I.) CO. LTD

                By:_____
                Charles E. Murphy
                LENNON, MURPHY & LENNON, LLC
                The Gray Bar Building
                420 Lexington Ave., Suite 300
                New York, NY 10170
                (212) 490-6050
                facsimile (212) 490-6070
                cem@lenmur.com