CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
FIVE STARS GLOBAL SHIPPING (B.V.I.) CO.   :
LTD,       :
       :
     Plaintiff,   :   **07-CV-11454**
       :
     v.   :   **NOTICE OF**
       :   **APPEARANCE**
FORMULA SHIPPING CO. LTD., and EVER   :
SHINE LTD       :
       :
       :
     Defendants.   :
-----------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

     Please enter my appearance as counsel for Garnishee, Societe Generale New York

Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
      January 25, 2008

             CLARK, ATCHESON & REISERT
             Attorneys for Garnishee
             Societe Generale New York Branch

      By:   _____
             Richard J. Reisert (RR-7118)
             7800 River Road
             North Bergen, NJ  07047
             Tel: (201) 537-1200
             Fax: (201) 537-1201
             Email:  reisert@navlaw.com