UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/08
```

FIVE STARS GLOBAL SHIPPING (B.V.I.) CO. LTD.,

                        Plaintiff,

-against-

FORMULA SHIPPING CO. LTD., et al.

                        Defendants.

07 Civ. 11454 (RJH)

**ORDER**

      By Order entered December 28, 2007, the Court granted the application of plaintiff Five Stars Global Shipping (B.V.I.) Co. Ltd. authorizing a Maritime Attachment and Garnishment as to defendants herein. A review of the Docket Sheet for the action indicates no further submission from the plaintiff or either defendant in the public file since the entry of the Attachment and Garnishment Order. There also have been no proceedings and no correspondence with the Court from the parties since that time. Accordingly, it is hereby:

      **ORDERED** that plaintiff inform the Court by August 18, 2008, as to the status of this matter, whether any further proceedings have occurred or are contemplated, and whether any reason exists for maintaining the action listed on the Court's docket of active cases or whether the action should be placed on the Court's suspense docket or dismissed; and it is further

      **ORDERED** that in the event no timely response to this Order is received, the Court may dismiss the action for lack of prosecution.

SO ORDERED.

Dated: New York, New York
       July 15, 2008

                                                        _____
                                                        Richard J. Holwell
                                                       United States District Judge